# Court of Appeals
# of the State of Georgia

ATLANTA, December 08, 2025

*The Court of Appeals hereby passes the following order*

**A26D0201. SUSHAMA S KASBEKAR et al v. WEISSMAN, P.C. et al.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2023CV390178



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta, December 08, 2025.*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*